U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ) CASE NO. 99-56644
)
MatriDigm Corporation ) ORDER FOR PAYMENT
) OF UNCLAIMED FUNDS
Debtor )
)

**FILED**

JAN 1 ? 2006

CLERK
United States Bankruptcy Court
San Jose, California

There having been a dividend check in the above named case issued to Jill Goldberg, n/k/a Jill G. Kispert in the amount of $1,088.69, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to Clerk, U.S. Bankruptcy Court.

Application having been made to the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to the claimant listed above and claimant having made service on the United States Attorney on Tuesday, August 02, 2005:

**IT IS ORDERED** that the application is granted and the Clerk, U.S. Bankruptcy Court is ordered to pay to Jill G. Kispert c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, New Mexico 88345, unclaimed money in the amount of $1,088.69 which was held pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code.

Dated: Jan 11, 2006

_____
UNITED STATES BANKRUPTCY JUDGE

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: | ) | CASE NO. 99-56644 |
|---|---|---|
| | ) | |
| MatriDigm Corporation | ) | |
| | ) | MOTION FOR PAYMENT |
| Debtor | ) | OF UNCLAIMED FUNDS |
| | ) | TO CLAIMANT |

There having been a dividend check in the above named case issued to Jill Goldberg, n/k/a Jill G. Kispert in the amount of $1,088.69, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to Clerk, U.S. Bankruptcy Court.

Claimant is not the creditor, but is entitled to payment of these moneys because they are the attorney-in-fact for Jill G. Kispert, and supplies documentation to support their relationship.

THEREFORE, Application is hereby made for the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to Jill G. Kispert c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, New Mexico 88345.

8/2/05
Date

Larry L. Moses, General Manager
The Financial Resources Group, Inc.
Attorney-in-Fact For:
Jill Goldberg, n/k/a Jill G. Kispert
700 Mechem Drive, Suite 8B
Ruidoso, New Mexico 88345

SUBSCRIBED AND SWORN before me this 2nd day of August, 2005.

NOTARY PUBLIC in and for the
State of NM
Residing in Lincoln County
My commission expires: 3/30/09

I hereby certify by the signature above that a notification of this application was mailed on Tuesday, August 02, 2005 to:

U.S. Attorney
PO Box 36055
450 Golden Gate
San Francisco, CA 94102

Jerome E. Robertson, Trustee
129 Fremont Avenue
Los Altos, CA 94022

Telephone: (650) 949-9266
Facsimile: (650) 948-0748

**ORIGINAL**

FILED
MAY 2 0 2005
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

MAY 2 4 2005

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

| IN RE: | Chapter 7 |
|---|---|
| MatriDigm Corporation | 99-56644-JRG |
| | NOTICE OF UNCLAIMED DIVIDENDS |
| (Debtors) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $4,554.06. The names and addresses of the claimants entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 0009 | Transamerica Insurance Finance<br>170 Lawrence Bell Drive<br>Williamsville, NY 14221 | $5,705.62 | $1,134.00 |
| 0020 | BT Office Products<br>PO BOX 841239<br>DALLAS, TX 75284-1239 | $1,130.09 | $224.61 |
| 0066 | Technology Resource Solutions<br>7100 E Belleview Ave, Ste 102<br>Greenwood Village, CO 80111 | $10,600.00 | $2,106.76 |
| 0019 | Jill Goldberg<br>1921 Jefferson St., Unit 302<br>San Francisco, CA 94123 | $750.00 | $512.02 |

| | | |
|---|---|---|
| 0019 Jill Goldberg<br>1921 Jefferson St. Unit 302<br>San Francisco, CA 94123 | $4,250.00 | $576.67 |

Total Unclaimed Dividends     $4,554.06

Dated: May 16, 2005

_____
JEROME E. ROBERTSON, TRUSTEE

# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, That

Jill Goldberg, n/k/a Jill G. Kispert

has made, constituted and appointed and by these presents does make, constitute and appoint:

The Financial Resources Group, Inc.

my true and lawful attorney-in-fact, for me and in my name, place and stead and for my use and benefit , **ONLY** to collect and disburse abandoned funds, or undistributed, unclaimed, or undelivered tenders or funds in the amount of:

$1,088.69

giving and granting unto my said attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done, as fully, to all intents and purposes, as I might or could do if personally present, hereby ratifying and confirming all that my said attorney-in-fact shall lawfully do or cause to be done, by virtue hereof. In construing this instrument, and where the context so requires, the singular includes plural. **This Limited Power of Attorney is specifically limited to the collection and disbursement of the above-named funds.**

_Signature:_ [signed Jill Kelly Kispert]     _Date:_ July 27, 2005

Jill Goldberg, n/k/a Jill G. Kispert     SSN XXX-XX-8783

## NOTARY ACKNOWLEDGEMENT

State of California

County of Santa Clara

SUBSCRIBED AND SWORN on the 27 day of July, 2005 before me, personally appeared Jill G. Kispert personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.

Identification for the above named was Driver License No. (or specify other identification): _____

WITNESS my hand and official seal,

Signature: [signed]

Residing at San Mateo County     (seal)

My commission expires: May 17, 2007

THAHER A. SHEHADEH
COMM. #1412311
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires May 17, 2007

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                              )
                                    )       CASE NO.   99-56644
MatriDigm Corporation               )
                                    )       CHAPTER:   7
                                    )

**AFFIDAVIT OF THE FINANCIAL RESOURCES GROUP INC.**

I, Larry L. Moses, hereby state that:

   1. I am General Manager of The Financial Resources Group, Inc. which was appointed "Attorney in Fact" for <u>Jill Goldberg, n/k/a Jill G. Kispert.</u>

   2. I have made all reasonable efforts to believe that <u>Jill Goldberg, n/k/a Jill G. Kispert</u> is legally entitled to these unclaimed funds being applied for herewith.

   3. I am familiar with the State of California requirements associated with personal representation of individuals and corporations through acting in the capacity of "Attorney in Fact".

By: _____
Larry L. Moses, General Manager
The Financial Resources Group, Inc.
700 Mechem Drive, Suite 8B
Ruidoso, NM 88345

Subscribed and sworn to before me this 2nd day of August 2005.

_____
Notary Public
My commission expires on 3/30/09

(Seal)

Photo ID & Proof of Current Address



# APPLICATION, LICENSE AND CERTIFICATE OF MARRIAGE

**STATE OF NORTH CAROLINA**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**STATE CENTER FOR HEALTH STATISTICS, NC VITAL RECORDS**

**Proof of Name Change** *(handwritten)*

LICENSE NUMBER: 1999-4131
COUNTY: Wake

## GROOM

| 1. GROOM-NAME | FIRST | MIDDLE | LAST |
|---|---|---|---|
| | JOHN | HARVEY | KISPERT, JR |

| 2a. RESIDENCE-STATE | 2b. COUNTY | 2c. CITY, TOWN, OR LOCATION | 2d. INSIDE CITY LIMITS |
|---|---|---|---|
| CALIFORNIA | SANTA CLARA | PALO ALTO | YES |

| 2e. STREET AND NUMBER | 3. BIRTHPLACE (COUNTY & STATE) | 4a. DATE OF BIRTH | 4b. AGE |
|---|---|---|---|
| [redacted] | NC | [redacted] | 36 |

| 5a. FATHER-NAME | 5b. STATE OF BIRTH | 5c. ADDRESS (If Living) |
|---|---|---|
| JOHN HARVEY KISPERT | MINNESOTA | [redacted] NY |

| 6a. MOTHER-MAIDEN NAME | 6b. STATE OF BIRTH | 6c. ADDRESS (If Living) |
|---|---|---|
| [redacted] | MINNESOTA | SAME AS ABOVEQ |

| 7. RACE-GROOM | 8. NUMBER OF THIS MARRIAGE | 9a. LAST MARRIAGE ENDED BY | 9b. DATE | 10. EDUCATION - ELEMENTARY | HIGH SCHOOL | COLLEGE |
|---|---|---|---|---|---|---|
| WHITE | 1 | — | — | — | — | 5 |

## BRIDE

| 11a. BRIDE-NAME | FIRST | MIDDLE | LAST | 11b. MAIDEN SURNAME (If Different) |
|---|---|---|---|---|
| | JENNIFER | JILL | GOLDBERG | |

| 12a. RESIDENCE-STATE | 12b. COUNTY | 12c. CITY, TOWN, OR LOCATION | 12d. INSIDE CITY LIMITS |
|---|---|---|---|
| CALIFORNIA | SAN FRANCISCO | SAN FRANCISCO | YES |

| 12e. STREET AND NUMBER | 13. BIRTHPLACE (COUNTY & STATE) | 14a. DATE OF BIRTH | 14b. AGE |
|---|---|---|---|
| [redacted] | NC | [redacted] | 32 |

| 15a. FATHER-NAME | 15b. STATE OF BIRTH | 15c. ADDRESS (If Living) |
|---|---|---|
| RICHARD R. GOLDBERG | NEW JERSEY | [redacted] |

| 16a. MOTHER-MAIDEN NAME | 16b. STATE OF BIRTH | 16c. ADDRESS (If Living) |
|---|---|---|
| [redacted] | DELEWARE | SAME AS ABOVE |

| 17. RACE-BRIDE | 18. NUMBER OF THIS MARRIAGE | 19a. LAST MARRIAGE ENDED BY | 19b. DATE | 20. EDUCATION - ELEMENTARY | HIGH SCHOOL | COLLEGE |
|---|---|---|---|---|---|---|
| WHITE | 1 | — | — | — | — | 5 |

SWORN TO AND SUBSCRIBED BEFORE ME THIS **11/2/1999**

Laura M. Riddick, REGISTER OF DEEDS

## OFFICIANT

21a. I CERTIFY THAT THE ABOVE NAMED PERSONS WERE MARRIED ON **November 5, 1999**
21b. PLACE OF MARRIAGE: **Raleigh, North Carolina**
21e. NAME OF OFFICIANT: **Jerold David Shetler**
21f. TITLE: **Presbyterian Minister, Retired**

## WITNESSES

22b. NAME OF WITNESS: **JAMIN E KISPERT**
23b. NAME OF WITNESS: **JANE G. HUNTER**

DATE RETURNED TO REGISTER OF DEEDS: **NOV 0 9 1999** RECEIVED BY **LAURA M. RIDDICK**

DHHS 2132 (Substitute ROD 092)
VITAL RECORDS VS-80
(Revised 04/98)

**REGISTER OF DEEDS COPY**

---

STATE OF NORTH CAROLINA

COUNTY OF WAKE

I, Laura M. Riddick, Register of Deeds in and for the above named State and County do hereby

Case: 99-56841 Doc#: 197 Filed: 01/11/06 Entered: 01/13/06 13:01:32 Page 8 of 12

I, Laura M. Riddick, Register of Deeds in and for the above named State and County do hereby certify this to be a true and correct copy of the original marriage license as same appears of record in my said office.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix my official Seal this 15 day of November, 19 99.

Laura M. Riddick, Register of Deeds

By: _____  (OFFICIAL SEAL)

    Deputy/~~Assistant~~

*Proof of Prior Address*



The Kenan-Flagler Business School
The University of North Carolina
at Chapel Hill
Campus Box 3490, McColl Building
Chapel Hill, NC 27599-3490 USA
919 962 5860
Fax 919 962 6037

Office of External Affairs

June 18, 1998

Ms. Jill Goldberg
1921 Jefferson Street, Apt. 302
San Francisco, California 94123

Dear Ms. Goldberg:

Thank you so much for your recent gift of $250.00 to the Kenan-Flagler Business School. Generous contributions from our alumni and friends have always helped us maintain the highest standards of business education.

This is an exciting time for Kenan-Flagler. We have moved into the McColl Building, our state-of-the-art new home with sophisticated video and audiovisual technology that puts our students in touch with educators and business leaders around the world. We have welcomed Robert S. Sullivan as our new dean. Dean Sullivan is an acknowledged and experienced leader in global business education, the application of technology to learning, entrepreneurship, and the commercialization of new technologies. We anticipate that under Bob Sullivan's leadership, Kenan-Flagler will set the standard for business education in the 21st century, developing and using sophisticated technologies that will have a worldwide impact.

Kenan-Flagler's highest priority is its commitment to its community--teaching individuals, creating jobs, and stimulating new ventures and new industries. Your gift does make a difference. Please call me at (919) 962-3101 (or email me at jmclelland@unc.edu) if you have any questions about your donation.

Sincerely,

Jane McLelland
Class of '74
Director of Donor Services
Kenan-Flagler Business School

JM:bb

# THE FINANCIAL RESOURCES GROUP, INC.
700 MECHEM DRIVE, SUITE 8B
RUIDOSO, NEW MEXICO 88345
TELEPHONE: (505) 257-1607   FAX: (505) 257-0617

Tuesday, August 02, 2005

U.S. Bankruptcy Court
Toni Taylor, Financial Administrator
PO Box 7341
San Francisco, CA 94120-7341

Re:   Application for Payment of Unclaimed Funds

   DEBTOR:      MatriDigm Corporation
   CASE NO.     99-56644
   CREDITOR:    Jill Goldberg
   AMOUNT:      $1,088.69

Dear Ms. Taylor:

Enclosed, please find the necessary documents for our clients application for payment of unclaimed funds in the above referenced case.

Please advise me if any further information is required.

Sincerely,

Sabrina Randolph
Office Manager

enclosures

# UNCLAIMED FUNDS REPORT

12/16/05
Page 1

Case Number: 59906644    Debtor: MATRIDIGM CORPORATION

| Dep.Date | Rcpt/Sched | Received | Disbursed | Creditor | Ord.Date | B/T |
|---|---|---|---|---|---|---|
| **Case No.:** | **59906644** **Debtor:** | **MATRIDIGM CORPORATION** | | | | |
| 05/20/05 | 30037705 | 1,134.00 | 0.00 | TRANSAMERICA INSURANCE | 05/20/05 | X |
| 05/20/05 | 30037705 | 224.61 | 0.00 | BT OFFICE PRODUCTS | 05/20/05 | X |
| 05/20/05 | 30037705 | 2,106.76 | 0.00 | TECHNOLOGY RESOURCES | 05/20/05 | X |
| 05/20/05 | 30037705 | 512.02 | 0.00 | JILL GOLDBERG | 05/20/05 | X |
| 05/20/05 | 30037705 | 576.67 | 0.00 | JILL GOLDBERG | 05/20/05 | X |
| | Total: | 4,554.06 | 0.00 | Net:  4,554.06 | | |

|  | Received | Disbursed |  | Net |  |
|---|---|---|---|---|---|
| Subtotals: * | 0.00 | 0.00 | | 0.00 | * |
| X | 4,554.06 | 0.00 | | 4,554.06 | X |
| S | 0.00 | 0.00 | | 0.00 | S |
| ? | 0.00 | 0.00 | | 0.00 | ? |
| Grand Total: | 4,554.06 | 0.00 | Net: | 4,554.06 | |